**BALLARD SPAHR LLP**
Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Alexia C. Chapman (SBN 369078)
chapmana@ballardspahr.com
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
Facsimile: 424.731.8301

Brianna R. Howard (SBN 314642)
howardbr@ballardspahr.com
Rebecca Krikorian Clary (SBN 334882)
claryr@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant*
*Today's Hotel Corporation d/b/a Holiday Inn*

**BURSOR & FISHER, P.A.**
Philip L. Fraietta, Esq.
Julia K. Venditti, Esq.
50 Main Street, Suite 475
White Plains, NY 10606
pfraietta@bursor.com
jvenditti@bursor.com
Telephone: (914) 874-0708

*Attorneys for Plaintiff Sean McGinity*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN MCGINITY, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TODAY'S HOTEL CORPORATION D/B/A HOLIDAY INN,<br><br>Defendant. | Case No. 4:26-cv-10579<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Pursuant to Civil L.R. 6-1(a))<br><br>Complaint Served: Aug. 17, 2026<br>Current Response Date: Sept. 23, 2026<br>New Response Date: Nov. 7, 2026 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Pursuant to Local Rule 6-1(a), Defendant Today's Hotel Corporation d/b/a Holiday Inn ("Today's Hotel" or "Defendant") and Plaintiff Sean McGinity (together with Defendant, the "Parties"), by and through their undersigned counsel, hereby jointly STIPULATE and AGREE as follows:

WHEREAS, on July 16, 2026, Plaintiff filed a class action in the Superior Court of the State of California, County of San Francisco, Case No. CGC-26-636466 (the "State Court Action");

WHEREAS, on July 23, 2026, Plaintiff filed an amended complaint naming Today's Hotel as Defendant;

WHEREAS, on August 17, 2026, Plaintiff served Defendant with a copy of the Summons and Complaint that were filed in the State Court Action;

WHEREAS, Defendant timely removed the State Court Action to the United States District Court for the Northern District of California by filing its Notice of Removal on September 16, 2026 (Dkt. 1);

WHEREAS, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint following removal is September 23, 2026;

WHEREAS, the Parties agree that good cause exists to extend Defendant's deadline to respond to the Complaint for forty-five (45) days, to and including November 7, 2026. Defendant's counsel is in the process of investigating the facts alleged in the Complaint, which will, among other things, help the Parties explore the prospect of an early resolution. If the Parties are unable to reach an early resolution, Defendant intends to file a motion to dismiss Plaintiff's Complaint. Additionally, extending the deadline would resolve conflicts with Defendant's counsel's significant work travel schedule in September;

WHEREAS, the Parties agree that the extension is made in the interest of judicial economy and will not prejudice either party or result in undue delay. This is the first stipulation for such extension of time; and

WHEREAS, the stipulation will not alter the date of any event or any deadline already fixed by Court order and thus is effective upon filing.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that Defendant's deadline to respond to Plaintiff's Complaint is extended forty-five (45) days, to and including November 7, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 18, 2026

**BALLARD SPAHR LLP**

By: *<u>/s/ Brianna R. Howard</u>*
Scott S. Humphreys
Brianna R. Howard
Alexia C. Chapman
Rebecca Krikorian Clary

*Attorneys for Defendant Today's Hotel Corporation d/b/a Holiday Inn*

DATED: September 18, 2026

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Philip L. Fraietta</u>*
Philip L. Fraietta
Julia K. Venditti

*Attorneys for Plaintiff Sean McGinity*

*Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that each of the other signatories hereto has concurred in the filing of the document, which shall serve in lieu of their signatures.*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**ORDER**

Pursuant to the Parties' Joint Stipulation to Extend Defendant's Deadline to Respond to Plaintiff's Complaint, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended by forty-five (45) days, from September 23, 2026, to and including November 7, 2026.
2. This Order does not alter the date of any other event or deadline previously set by the Court.

IT IS SO ORDERED.

DATED: September 22, 2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE